No. 172. WASHINGTON WATER POWER CO. ET AL. *v.* UNITED STATES. October 11, 1943. Petition for writ of

certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Henry E. T. Herman* and *Richard W. Nuzum,* Assistant Attorney General of the State of Washington, for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Arnold Raum* and *Vernon L. Wilkinson* for the United States.